UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Phoumara Todd Sok,                                    File No. 22-cr-458 (ECT/LIB)

    Plaintiff,

v.                                                    **ORDER ACCEPTING REPORT AND RECOMMENDATION**

B. Eischen, *FPC-Duluth Warden*,

    Defendant.

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on October 26, 2022. ECF No. 15. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 15] is **ACCEPTED**;

2. Petitioner Phoumara Todd Sok's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED**; and

3. The present action is **DISMISSED** with prejudice.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 22, 2022                              s/ Eric C. Tostrud
                                                                                        Eric C. Tostrud
                                                                                       United States District Court